# NRDC

August 6, 2025

<u>Via CM/ECF</u>
The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *United States of America v. State of New York*, No. 1:25-cv-3656-PKC

Dear Judge Castel:

   I write on behalf of Proposed Defendant-Intervenors Food & Water Watch, West Harlem Environmental Action, Inc., Citizens Campaign for the Environment, Catskill Mountainkeeper, Fridays For Future NYC, and Third Act Initiative, Inc. In accordance with Your Honor's Individual Practice Rule 3.A., Proposed Defendant-Intervenors write to propose a briefing schedule for their motion to intervene pursuant to Federal Rule of Civil Procedure 24(b). As indicated in their pre-motion letter, *see* ECF No. 42 at 6, Proposed Defendant-Intervenors deferred proposing a briefing schedule until the Court's ruling on Plaintiffs' request to set a summary judgment briefing schedule, which the Court issued earlier this week, *see* ECF No. 50. There is no conference scheduled before the Court.

   Plaintiffs will oppose the motion but consent to the briefing schedule below. Defendants consent to the motion. Proposed Defendant-Intervenors propose the following briefing schedule:

- Proposed Defendant-Intervenors' motion due on August 15
- Plaintiffs' opposition due on August 29
- Proposed Defendant-Intervenors' reply due on September 8

Respectfully submitted,

/s/ Michelle Wu
Michelle Wu
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011
(646) 889-1489
michellewu@nrdc.org

*Counsel for Proposed Defendant-Intervenors West Harlem Environmental Action, Inc., Citizens Campaign for the Environment, and Catskill Mountainkeeper*