**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF NEW YORK; KATHLEEN HOCHUL, in her official capacity as Governor of New York; LETITIA JAMES, in her official capacity as New York Attorney General; and AMANDA LEFTON, in her official capacity as Commissioner of the New York Department of Environmental Conservation,<br><br>*Defendants*. | 25 Civ. 3656 (PKC)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Declaration of Riley W. Walters and accompanying exhibit, Plaintiffs the United States of America and the United States Environmental Protection Agency (collectively, "the United States") hereby move this Court for an order granting summary judgment under Rule 56 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule ordered by the Court on August 4, 2025 (Dkt. No. 50), and on August 8, 2025 (Dkt. No. 56), Defendants' opposition to the United States' motion for summary judgment is due on October 27, 2025, and the United States' reply in support of its motion for summary judgment is due on November 19, 2025. The Court waived the requirement for statements and counter-statements under Local Civil Rule 56.1. *See* Dkt. No. 50 at 9.

                        Respectfully submitted,

                        ADAM R.F. GUSTAFSON
                        Acting Assistant Attorney General

                        ROBERT N. STANDER
                        Deputy Assistant Attorney General

                        /s/ *Riley W. Walters*
                        RILEY W. WALTERS
                        Counsel to the Acting Assistant Attorney General
                        JOHN K. ADAMS
                        Senior Counsel to the Acting Assistant Attorney General
                        JUSTIN D. HEMINGER
                        Attorney
                        U.S. Department of Justice
                        Environment and Natural Resources Division
                        950 Pennsylvania Ave., N.W.
                        Washington, D.C. 20530
                        (202) 514-5442
                        Riley.Walters@usdoj.gov

August 29, 2025
Washington, D.C.