ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
By:  RILEY W. WALTERS
Counsel to the Acting Assistant Attorney General
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-5442
Riley.Walters@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF NEW YORK; KATHLEEN HOCHUL, in her official capacity as Governor of New York; LETITIA JAMES, in her official capacity as New York Attorney General; and AMANDA LEFTON, in her official capacity as Commissioner of the New York Department of Environmental Conservation,<br><br>*Defendants*. | 25 Civ. 3656 (PKC) |

### DECLARATION OF RILEY W. WALTERS

Riley W. Walters, pursuant to the provisions of 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am Counsel to the Acting Assistant Attorney General for the Environment and Natural Resources Division at the United States Department of Justice.

2. I am lead counsel for Plaintiffs the United States and the United States Environmental Protection Agency in this matter.

3. I submit this declaration in support of Plaintiffs' motion for summary judgment.

4. Attached as Exhibit A is a true and correct copy of a memorandum from Senator Liz Krueger and Assemblymember Jeffrey Dinowitz of the Legislature of the State of New York titled "Approximate List of Covered Companies under the Climate Change Superfund Act (S.2129-A/A.3351-A)," dated October 20, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2025
       Washington, D.C.

/s/ _____
Riley W. Walters