

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

DIVISION OF SOCIAL JUSTICE
Environmental Protection Bureau

Via CM/ECF                                                                                                    September 23, 2025
The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States of America v. State of New York,* No. 1:25-cv-03656

Dear Judge Castel:

      On September 19, the State submitted a premotion letter regarding a cross-motion for summary judgment. ECF 78. In response, ECF 79, the United States incorrectly contends that the State intentionally delayed its letter so that it could rely on the briefing schedule ordered in *West Virginia v. James*, No. 1:25-cv-00168 (N.D.N.Y.) on September 16, 2025 to delay the briefing in this case. The State respectfully submits this letter to clarify for the Court that the timing of the State's letter was the result of the exigencies of coordinating three lawsuits challenging New York's Climate Superfund Act.

      The United States argues that the State should have decided whether to cross-move earlier but the State determined that it first needed to review the United States' summary judgment brief, which was filed on August 29, including (1) the grounds on which the United States would argue that it had standing and the evidence in support of those grounds; and (2) the extent to which the merits arguments involved factual questions as to which the State would need to submit evidence in the form of expert testimony. As discussed in the States' premotion letter, the United States did not address standing and made merits arguments that implicated factual questions.

      At the same time that the State was reviewing the United States' brief, the State (1) responded on September 5 to a September 2 letter filed by plaintiffs in *Chamber of Commerce v. James*, No. 1:25-cv-01738 (S.D.N.Y.) (now No. 1:25-cv-01307-BKS-DJS (N.D.N.Y.)), seeking to file a motion for partial summary judgment; (2) also responded on September 5 to the *Chamber* plaintiffs' Rule 56.1 statement in support of their proposed motion; (3) negotiated and drafted a joint case management plan required to be filed in *West Virginia* on September 9, including resolving a

dispute between the plaintiffs, who sought to proceed with a partial summary judgment motion and the State, which sought discovery (contrary to the United States' assertion that the State did not seek discovery in that case); and (4) appeared for a Rule 16 conference in Albany in *West Virginia* on September 16. The State then filed its premotion letter in this action days later on September 19.

        Respectfully,

        By: */s/ Sabita Krishnan*
            Sabita Krishnan
            Assistant Attorney General
            Office of the New York State Attorney General
            28 Liberty Street
            New York, New York 10005
            Telephone: (212) 416-8460
            E-mail: sabita.krishnan@ag.ny.gov