UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA and the
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY.,

                      Plaintiffs,                      25-cv-3656 (PKC)

        -against-                              ORDER

STATE OF NEW YORK, et al.,

                      Defendants.
-----------------------------------------------------------x

CASTEL, Senior District Judge

        Two and one-half months ago on July 2, 2025, the United States and the United States Environmental Protection Agency (collectively, the "plaintiffs") sought leave to file a motion for summary judgment in this action. (ECF 33.) The Court, noting the unusual nature of a summary judgment motion so early in the action, required letter briefing on the issue. The defendants, after seeking an extension of its time to file its letter brief, opposed the setting of a summary judgment motion. (ECF 41.) On August 4, 2025, after reviewing the parties' submissions, the Court set a schedule on the plaintiffs' summary judgment motion and expanded the page limitations for all parties on briefing. (ECF 50.) After defendants applied for additional time for consultation in drafting any response to a summary judgment motion, the Court accelerated the date for the plaintiffs to file their motion by over a month, giving the defendants 59 days to prepare and file their response. (ECF 56.) Briefing on the summary judgment motion will be complete by November 19, 2025.

        Defendants now seek to file their own summary judgment motion with briefing extended out to January 23, 2026. Defendants make two points with appropriate elaboration: the

- 2 -

plaintiffs lack standing to bring their claims and their claims lack merit. Defendants are invited to address these important issues in their opposition to summary judgment.  Each are independent grounds for denial of plaintiffs' summary judgment motion and, in the case of lack of constitutional standing, dismissal by the Court on its own motion.  If and to the extent plaintiffs' summary judgment motion is denied, the Court will hear from the parties as to the appropriateness of defendants filing the proposed motion.

      The Clerk is requested to terminate the Letter Motion at ECF 78.

      SO ORDERED.

P. Kevin Castel<br>
United States District Judge

Dated: New York, New York<br>
       September 24, 2025