**NRDC**

October 28, 2025

<u>Via CM/ECF</u>
The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States of America v. State of New York*, No. 1:25-cv-3656-PKC

Dear Judge Castel:

      I write on behalf of Proposed Defendant-Intervenors Food & Water Watch, West Harlem Environmental Action, Inc., Citizens Campaign for the Environment, Catskill Mountainkeeper, Fridays For Future NYC, and Third Act Initiative, Inc. (hereinafter "Environmental Groups") to provide context for our filing today. There is no conference currently scheduled before the Court.

      On August 15, Environmental Groups filed a motion for permissive intervention, ECF No. 57, representing that they would adhere to the existing summary judgment briefing schedule to avoid delaying the litigation, ECF No. 58 at 10. Consistent with that commitment, Environmental Groups are filing a proposed brief. If Environmental Groups are allowed to intervene, they request that the Court accept this brief. Alternatively, if not allowed to intervene, Environmental Groups request that the Court consider this brief as an amicus brief. If the Court prefers a separate motion for leave to file an amicus brief, Environmental Groups will file one at the Court's direction.

      Respectfully submitted,

      <u>/s/ Michelle Wu</u>
      Michelle Wu
      Natural Resources Defense Council
      40 West 20th Street, 11th Floor
      New York, NY 10011
      (646) 889-1489
      michellewu@nrdc.org

      *Counsel for Proposed Defendant-Intervenors West Harlem Environmental Action, Inc., Citizens Campaign for the Environment, and Catskill Mountainkeeper*