

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environment and Natural Resources Division*
*P.O. Box 7611*
*Washington, DC  20044*

*Telephone (202) 514-4760*
*Email: Riley.Walters@usdoj.gov*

VIA CM/ECF

October 29, 2025

The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   Response to Proposed Intervenors' Letter and Opposition to Proposed Brief
          *United States, et al. v. State of New York, et al.*, No. 1:25-cv-03656 (PKC)

Dear Judge Castel:

In response to the Proposed Intervenors' letter and proposed brief (ECF Nos. 88 and 89), and for the reasons given in its memorandum in opposition (ECF No. 72), the United States reiterates its opposition to the motion to intervene (ECF No. 57).  If the Court denies the motion to intervene, the United States respectfully requests that the Court strike the proposed brief (ECF No. 88) from the docket, unless the Court converts the filing to an amicus brief and grants leave to file.

Respectfully submitted,

/s/ *Riley W. Walters*
Riley W. Walters
Counsel to the Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-4760
riley.walters@usdoj.gov