UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA and the
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY.,

                      Plaintiffs,                     25-cv-3656 (PKC)

                      -against-                     ORDER

STATE OF NEW YORK, et al.,

                      Defendants.
-----------------------------------------------------------x
CASTEL, Senior District Judge

       Movants Food & Water Watch, West Harlem Environmental Action, Inc., Citizens Campaign for the Environment, Catskill Mountainkeeper, Fridays For Future NYC, and Third Act Initiative, Inc. seek permissive intervention in this action. Alternatively, they seek leave to file a memorandum in opposition to summary judgment as amici curiae.

       Rule 24(b), Fed. R. Civ. P., allows permissive intervention on a timely motion showing that the movant has a claim or defense that shares a common question of law or fact with the main claim and will not unduly delay or prejudice the adjudication of the original parties' rights. Movants' motion was timely filed and the Court assumes that they have a strong interest in upholding the Climate Change Superfund Act (the "Act") challenged in this action. But that strong interest is well protected by the State's strong interest in defending the statute. There is no efficiency offered by movants' intervention in "resolving all related issues in one lawsuit." United States v. Pitney Bowes, Inc., 25 F.3d 66, 69 (2d Cir. 1994). There is a consolidated action pending in the Northern District of New York, also challenging the Act. West Virginia v. James, 25-cv-00168 (N.D.N.Y.) that will proceed regardless of the movants'

intervention in this action.[1] Rather the addition of five intervenors each with the right to conduct discovery, make motions and take appeals risks this "single lawsuit . . . becoming unnecessarily complex, unwieldy or prolonged." This risk of resulting undue delay is alone a reason to deny the motion,

The Court will grant the movants' alternative of granting leave to file the amici curiae brief that they have tendered to the Court. (ECF 88.)

The motion to intervene (ECF 57) is DENIED. Leave to file the brief at ECF 88 as amici curiae is GRANTED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 29, 2025

---

[1] Two of the four movants, West Harlem Environmental Action and Catskill Mountainkeeper, have sought to intervene in the Northern District of New York action, along with Black Farmers United-New York State, Inc. and Citizens Campaign for the Environment. The Magistrate Judge in that action has reported and recommended denial of the motion to intervene and objections to that report and recommendation are pending. (25 cv 00168, ECF 187, 194.)