

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007-2601

**ALICE R. BAKER**
*Senior Counsel*
(212) 356-2314
albaker@law.nyc.gov

November 3, 2025

VIA CM/ECF

The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States of American v. State of New York,* No. 1-25-cv-03656

Dear Judge Castel:

      The City of New York submits this pre-motion letter to respectfully ask the Court to allow the City to file a motion for leave to file a brief as amicus curiae in support of the Defendants' opposition to Plaintiffs' motion for summary judgment. As the Court may recall, this case concerns the Plaintiffs' challenge to the New York State Climate Change Superfund Act. Plaintiffs allege the Act is preempted or otherwise invalid. Plaintiffs have filed a motion for summary judgment, which Defendants have opposed. There is no conference scheduled in this case.

      District courts have broad discretion to permit the appearance of amici curiae. *United States v. Yaroshenko*, 86 F. Supp. 3d 289, 290 (S.D.N.Y. 2015) (citing *United States v. Ahmed*, 788 F. Supp. 196, 198 (S.D.N.Y. 1992)). Granting leave may be appropriate when, for example, the submission is "of aid to the court and offer[s] insights not available from the parties." *Auto. Club of N.Y., Inc. v. Port Auth.*, 2011 U.S. Dist. LEXIS 135391, at *6 (S.D.N.Y. Nov. 22, 2011. Participation of amicus is especially welcome if the case "involve[s] matters of public interest." *Andersen v. Leavitt*, No. 03-CV-6115, 2007 U.S. Dist. LEXIS 59108, at *7 (E.D.N.Y. Aug. 13, 2007).

The City has an interest in this case and is able to offer a perspective that we believe will be helpful to this Court on a Second Circuit decision Plaintiffs' rely upon and in which the City was the plaintiff. The City has and will continue to spend significant financial resources to adapt to climate change and build resilient infrastructure to protect the health and quality of life of New York City residents. Implementation of the New York Climate Change Superfund Act, the subject of this litigation, is in the public interest and will provide support for the City to address the significant financial needs of responding to the impacts of climate change on its neighborhoods, infrastructure, and people.

In addition, the amicus brief the City seeks to submit explains that Plaintiffs' reliance on the Second Circuit's decision, *City of New York v. Chevron*, 993 F.3d 81 (2d Cir. 2021), is misplaced. As the City's amicus brief explains, that decision does not support Clean Air Act preemption of the New York Climate Change Superfund Act. As the City was the plaintiff in that case, it is able to address how the circumstances and reasoning underlying that decision are starkly different from those presented by the matter currently before this Court.

Although this district does not have rules governing the timing of amicus filings, the Court may look for guidance to the rules of other courts. The Federal Rules of Appellate Procedure provide that an amicus brief be filed seven days after the principal brief of the party being supported is filed. Fed. R. App. Proc. 29(a)(6). Defendants filed their opposition brief on October 27, 2025. As such, the City seeks to file our amicus brief as soon as possible. To avoid any prejudice to the parties in reviewing or having an opportunity to respond to the City's motion and proposed amicus, should Your Honor grant this request, the City's memorandum of law in support of its contemplated motion for leave to file an amicus brief and its proposed amicus brief are both attached here. The City will of course re-file such papers, should Your Honor direct.

I have conferred with the parties concerning the City's intent to file this motion. Defendants would consent to the City's motion, and Plaintiffs would oppose it.

Accordingly, for all of these reasons, the City respectfully requests this Court allow the City to submit a motion for leave to file an amicus brief. Thank you for your consideration of this matter, and this request.

Respectfully submitted,

/s/Alice R. Baker
Senior Counsel
Environmental Law Division


Encls.
Memorandum of Law in Support of the City of New York's Motion to File an Amicus Curiae Brief in Support of Defendants'' Opposition to Plaintiffs' Motion for Summary Judgment
Propose Amicus Brief