

U.S. Department of Justice

Environment and Natural Resources Division

---

*Environment and Natural Resources Division*  *Telephone (202) 514-4760*
P.O. Box 7611  *Email: Riley.Walters@usdoj.gov*
Washington, DC  20044

<u>VIA CM/ECF</u>   November 19, 2025

The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   Request for Oral Argument on United States' Motion for Summary Judgment
           *United States, et al. v. State of New York, et al.*, No. 1:25-cv-03656 (PKC)

Dear Judge Castel:

    The United States respectfully requests oral argument on its motion for summary judgment, ECF No. 73.  Defendants do not oppose this request.  There is currently no conference scheduled before the Court.

                                Respectfully submitted,

                                <u>/s/ *Riley W. Walters*</u>
                                Riley W. Walters
                                *Counsel*
                                United States Department of Justice
                                Environment and Natural Resources Division
                                950 Pennsylvania Ave., N.W.
                                Washington, D.C. 20530
                                (202) 514-4760
                                riley.walters@usdoj.gov