

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

DIVISION OF SOCIAL JUSTICE
Environmental Protection Bureau

<u>Via CM/ECF</u>                                                                                      March 3, 2026

The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:     *United States of America v. State of New York,* No. 1:25-cv-03656

Dear Judge Castel:

        Defendants in this action (together, "the State") request leave to file a supplemental brief further opposing the United States' motion for summary judgment, ECF 74. There is currently no conference scheduled in this case.

        The State's supplemental brief would address two recent matters:

- The Environmental Protection Agency's February 18, 2026 decision, 91 Fed. Reg. 7686, to rescind its 2009 determination that greenhouse gases endanger public health and welfare and to repeal greenhouse gas emission standards for motor vehicles.

- The United Nations' February 27, 2026 determination that the United States' decision to withdraw from the United Nations Framework Convention on Climate Change will take effect on February 27, 2027. https://treaties.un.org/doc/Publication/CN/2026/CN.102.2026-Eng.pdf

        With respect to the first matter, the brief would discuss the inconsistency between EPA's conclusion that the Clean Air Act does not authorize it to regulate greenhouse gas emissions from motor vehicles, *e.g.,* 91 Fed. Reg. at 7710, and arguments made by the United States in this action, including its argument that the Clean Air Act preempts New York's Climate Change Superfund Act because the Clean Air Act "creates a comprehensive program for regulating air pollutants in the United States—including greenhouse gases," Pls' Mem. of Law in Supp. of Mot. for Summ. J. at 13. With respect to the second matter, the brief would address the inconsistency between the United States' withdrawal from the UN Framework Convention and arguments it has made here, including its argument that New York's

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-8446 ● FAX (212) 416-6007 ● WWW.AG.NY.GOV
Writer's Direct Phone: (212) 416-6091 ● E-mail Address: Laura.Mirman-Heslin@ag.ny.gov

statute "seeks to regulate global greenhouse gas emissions despite the United States having made foreign policy decisions to address that issue of global concern through a purpose-built international agreement—the Framework Convention," *id.* at 29.

The United States opposes this request and has indicated that the State should file a letter with the Court rather than a supplemental brief. The State would prefer to present its legal argument in a brief, particularly given the importance to the State of defending its law against this challenge by the United States. The State proposes that it submit its supplemental brief by March 20.

Respectfully,

By:*/s/ Laura Mirman-Heslin*
Laura Mirman-Heslin
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, New York 10005
Telephone: (212) 416-6091
E-mail: Laura.Mirman-Heslin@ag.ny.gov

By March 20, 2026, defendants may file a submission not to exceed 15 pages addressing the matters referenced in the State's letter of March 3, 2026.  The United States may respond by April 7, 2026 (response not to  exceed 15 pages). SO ORDERED.
Dated:  3/3/2026

P. Kevin Castel
United States District Judge