UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA AND THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY.,

Plaintiffs,

-against-

STATE OF NEW YORK; KATHLEEN HOCHUL, IN HER OFFICIAL CAPACITY AS GOVERNOR OF NEW YORK; LETITIA JAMES, IN HER OFFICIAL CAPACITY AS NEW YORK ATTORNEY GENERAL; AND AMANDA LEFTON, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION.,

Defendants.

25 CIVIL 03656 (PKC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated September 23, 2026, the motion of the United States for summary judgment is GRANTED as to its Clean Air Act preemption claim (Count I) and foreign affairs preemption claim (Count V). The Court has not found it necessary to reach the other claims of the movant. The Clerk is respectfully requested to enter judgment for plaintiffs on Counts I and V, dismissing Counts II, III and IV without prejudice, declaring New York's Climate Change Superfund Act to be unconstitutional and permanently enjoining defendants in their official capacities from enforcing it; accordingly, the case is closed.

**Dated:** New York, New York
September 25, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**