**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF NEW YORK, KATHLEEN HOCHUL, in her official capacity as Governor of New York, LETITIA JAMES, in her official capacity as New York Attorney General, and AMANDA LEFTON, in her official capacity as Commissioner of the New York Department of Environmental Conservation,<br><br>*Defendants.* | No. 1:25-cv-03656-PKC<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendants, the STATE OF NEW YORK, KATHLEEN HOCHUL, in her official capacity as Governor of New York, LETITIA JAMES, in her official capacity as New York Attorney General, and AMANDA LEFTON, in her official capacity as Commissioner of the New York Department of Environmental Conservation, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on September 25, 2026, ECF No. 118.

Dated: October 23, 2026
New York, New York

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendants*

By*:* */s/ Sabita Krishnan*
Sabita Krishnan
Assistant Attorney General
Office of the New York State Attorney General

Environmental Protection Bureau
28 Liberty Street
New York, New York 10005
Telephone: (212) 416-8460
E-mail: sabita.krishnan@ag.ny.gov

Monica Wagner
Deputy Bureau Chief

Laura Mirman-Heslin
Joya Sonnenfeldt
Assistant Attorneys General
Office of the New York State Attorney General
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-8184

Ayah F. Badran (Bar No. 706184)
Assistant Attorney General
Office of the New York State Attorney General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2394